DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ASHLEY v. DELP

No. 10P83.

Case below: 59 N.C. App. 608.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983.

BOYCE v. BOYCE

No. 141P83.

Case below: 60 N.C. App. 685.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 April 1983.

BROCK v. DAY

No. 109P83.

Case below: 60 N.C. App. 266.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983.

CP&L v. CENTRAL TELEPHONE CO.

No. 98P83.

Case below: 60 N.C. App. 440.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 April 1983.

DONNELL v. CONE MILLS CORP.

No. 102P83.

Case below: 60 N.C. App. 338.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983.